IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

JAMES B. JENKINS,

Plaintiff,

v.

Case No. CIV-04-432-WH

JO ANNE B. BARNHART, Commissioner of
Social Security Administration,

Defendants.

## ORDER

On January 13, 2006, Magistrate Judge Shreder entered Findings and Recommendations in the above-referenced case, recommending that this Court affirm the Commissioner's decision upholding on appeal the findings of the Administrative Law Judge ("ALJ"), denying benefits to Plaintiff. On January 23, 2006, Plaintiff filed a timely objection to the Magistrate Judge's Findings and Recommendations, contending the Magistrate Judge failed to adequately consider Plaintiff's arguments that the ALJ failed to recognize all of his diagnosed impairments as severe. Plaintiff further contends, *inter alia*, that the ALJ failed to include all of his physical limitations in the RFC determination and the ALJ improperly analyzed his credibility.

Upon full consideration of the entire record and the issues herein, this Court finds that the Magistrate Judge's findings are supported by substantial evidence and the prevailing legal authority. The Magistrate Judge's recommendation to affirm the ALJ is well-supported. As a result, Plaintiff's objections to the Findings and Recommendations are therefore overruled. Accordingly, the Findings and Recommendations of the United States Magistrate Judge are hereby AFFIRMED and

ADOPTED as this Court's Findings and Order. The decision of the Commissioner is affirmed.

It is so ORDERED this  1st  day of February, 2006.

                                              **RONALD A. WHITE**
                                              **UNITED STATES DISTRICT JUDGE**