IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

JAMES B. JENKINS,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of
Social Security Administration,

    Defendants.

Case No. CIV-04-432-WH

## JUDGMENT

This action has come before the Court for consideration, and an Order affirming the decision of the Commissioner has been entered. Judgment for Defendant and against Plaintiff is hereby entered pursuant to the Court's Order.

IT IS SO ORDERED this 1st day of February, 2006.

RONALD A. WHITE
UNITED STATES DISTRICT JUDGE